# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Jose-Luis Quezada-Duarte,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00042-JLS<br><br>**ORDER TO CONTINUE THE HEARING ON THE MOTION TO DISMISS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing date for the motion to dismiss is continued to November 22, 2024 at 1:30 P.M.

DATED: October 29, 2024　　　By _____
　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　United States District Judge